UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY CHEN, and HOG ZENG GOU, on behalf of
themselves and others similarly situated,

                                       Plaintiffs,     **Statement of Yili Weng**
                                                          **16cv4790 (DF)**

-against-

SHANGHAI CAFÉ DELUXE, INC., d/b/a Shanghai Café,
EILE WAN, PING LIN, and XINSHENG GU,

                                       Defendants.

---

CINDY CHEN,

                                       Plaintiff,

-against-                          **17cv2536 (DF)**

SHANGHAI CAFÉ DELUXE, INC., a/k/a Shanghai Café,
YILI WENG a/k/a Eileen Weng, XINSHENG GU a/k/a John
Gu,

                                       Defendants.

---

SU PING YU a/k/a Amy Yu,

                                       Plaintiff,
                                                          **19cv7601 (DF)**

-against-

SHANGHAI DUMPLING, INC., a/k/a Shanghai Dumpling,
SHANGHAI SOUP DUMPLING, INC. a/k/a Shanghai
Dumpling, SHANGHAI CAFÉ DELUXE, INC., a/k/a
Shanghai Café Deluxe, YILI WENG a/k/a Eileen Weng,
PING LIN, and XINSHENG GU a/k/a John Gu,

                                         Defendants.



YILI WENG being duly sworn, says:

1. I am the Defendant in the 2016, 2017 and 2018 actions above.
2. I am the Owner of Shanghai Café Deluxe.
3. Since March 16, 2020, my previous attorney was granted withdrawal from representing both me and my company Shanghai Café Deluxe.
4. We are given 30 days to find substitute attorney until April 15, 2020.
5. However, due to the escalating pandemic coronavirus COVID-19 and the stay-home Executive Order, as the date hereof, both Shanghai Café Deluxe and I are unable to find a new attorney.
6. Upon information and believe, both Shanghai Café Deluxe and I will be unable to retain new attorney by April 15, 2020 as ordered.
7. Therefore, on behalf of Shanghai Café Deluxe and on behalf of myself, I hereby pray for an extension to arrange for a substitution of attorney.

_____
YILI WENG, Defendant

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

FROM:

Yili Weng
95-28 68Th Ave
Forest Hills NY 11375

RECEIVED
APR 30 2020

TO:

Clerk's Office
40 Foley Square
Room 444
New York NY 10007

USPS SDNY

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®

Retail

US POSTAGE PAID
$7.75

Origin: 11375
04/14/20
3528930013-17

PRIORITY MAIL 1-DAY®

0 Lb 1.80 Oz
1006

C014

EXPECTED DELIVERY DAY: 04/15/20

SHIP TO:
40 FOLEY SQ
NEW YORK NY 10007-1502

USPS TRACKING® NUMBER

9505 5141 9436 0105 3525 76