USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __08/18/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

SU PING YU, *on her own behalf and on behalf of others similarly situated*,

                                  Plaintiff,

-against-

SHANGHAI DUMPLING, INC., ET AL.,

                                  Defendants.

------------------------------------------------------------------ x

19-CV-7601 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the status report filed by Plaintiff on August 11, 2021. ECF No. 117. Counsel for Defendant Shanghai Dumpling, Inc. is hereby ORDERED to respond to Plaintiff's most recent letter, including whether they still plan on filing a motion to withdraw as attorney, by no later than August 25, 2021.

**SO ORDERED.**

Dated:       August 18, 2021
                 New York, New York

_____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**