USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
SU PING YU, *on her own behalf and on behalf of others similarly situated*,

                    Plaintiff,

-against-

SHANGHAI DUMPLING, INC., ET AL.,

                    Defendants.
-------------------------------------------------------------------- x

19-CV-7601 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the status report filed by Plaintiff on August 11, 2021 as well as Counsel for Defendant Shanghai Dumpling, Inc.'s letter indicating his intent to file a motion to withdraw as attorney. ECF No. 117, 119.

      Counsel for Defendant Shanghai Dumpling, Inc. is hereby ORDERED to file a motion to withdraw as attorney and serve it on his client and all other parties in accordance with Local Civil Rule 1.4 by no later than September 9, 2021.

      Plaintiff is hereby ORDERED to file a motion to strike Defendants' Answer and for default judgment by no later than September 30, 2021.

**SO ORDERED.**

**Dated:    August 26, 2021**
            **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**