UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SU PING YU, *on her own behalf and on behalf of others similarly situated,*

                  *Plaintiff,*                      19-cv-7601 (ALC)

  -against-                          **CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW**

SHANGHAI DUMPLING, INC., ET AL.,         **AS COUNSEL**

                  *Defendants.*
-----------------------------------------------------------x

    Kevin Tung, being of full age, by way of Certification in lieu of oath states:

    1.    I am an attorney at law duly admitted to practice before the United States District Court for the Southern District of New York.

    2.    I have personal knowledge of the facts set forth in this Certification, which I make in support of a Motion for Leave to Withdraw as Counsel for Defendant Shanghai Dumpling, Inc. in this above-titled action.

    3.    As reason for withdrawal, this Certification states that to my best knowledge that Shanghai Dumpling, Inc. has ceased the operation of the business. In the past 12 months, this law firm cannot locate any personnel from Defendant Shanghai Dumpling, Inc. to continuing to represent the client in this above-titled action effectively.

    4.    For the above reasons, this Certification seeks the Court granting this Motion for Withdrawal as Counsel.

    5.    I am providing a notice and a copy of this Motion to my client via mail to its business address which is the only known address to us.

6. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to the punishment of perjury.

Dated: September 10, 2021
       Queens, New York

*[signature]*

Kevin Tung, Esq.
KEVIN KERVENG TUNG, P.C.
136-20 38th Ave, Suite 3D
Flushing, NY 11354
718-939-4633