```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SU PING YU, *on her own behalf and on behalf of all others similarly situated*,

                              Plaintiff,

           -against-

SHANGHAI DUMPLING, INC., ET AL.,

                            Defendants.
------------------------------------------------------------------ x

19-CV-7601 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On June 15, 2022, this matter was referred to United States Magistrate Judge Valerie Figueredo for resolution of Plaintiff's motion to strike. The Court now considers the Report and Recommendation issued by Judge Figueredo, recommending that Plaintiff's motion be denied without prejudice.

Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the district court reviews the Report and Recommendation for clear error. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). As there are no objections to the Report and Recommendation and as the Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety.

**SO ORDERED.**

Dated:    **September 29, 2022**
               **New York, New York**

                                                       **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**