```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SU PING YU, on her own behalf
and on behalf of others similarly situated,

                        Plaintiff,

-against-

SHANGHAI DUMPLING INC., et al,

                        Defendants.
---------------------------------------------------------X

19-CV-07601 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

     Per the Honorable Andrew L. Carter, Jr.'s order adopting this Court's Report and Recommendation (see ECF Nos. 132-33), Shanghai Dumpling is hereby notified, for the final time, that failure to defend this action and/or participate in its proceedings (e.g., by failing to engage in discovery or attend conferences) by **November 4, 2022**, may result in sanctions, including striking of Shanghai Dumpling's Answer and entry of default judgment against it. Counsel for plaintiff are directed to mail a copy of this order to the last known address for Shanghai Dumpling.

Date: October 4, 2022
       New York, New York

                                              Respectfully submitted,

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge