UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SU PING YU
    a/k/a Amy Yu,
*on behalf of herself and others similarly situated,*

                              Plaintiff,

                      v.

SHANGHAI DUMPLING, INC.
    d/b/a Shanghai Dumpling,
SHANGHAI SOUP DUMPLING, INC.
    d/b/a Shanghai Dumpling,
SHANGHAI CAFÉ DELUXE, INC.
    d/b/a Shanghai Café,
YILI WENG
    a/k/a Eileen Weng,
PING LIN, and
XINSHENG GU
    a/k/a John Gu,

                              Defendants.

------------------------------------------------------------------ x

Case No. 19-cv-07601 (ALC) (VF)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on December 22, 2022, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, before the Honorable Valerie Figueredo, U.S.M.J. for an Order granting judgment by default against Defendants SHANGHAI DUMPLING, INC. d/b/a Shanghai Dumpling, SHANGHAI SOUP DUMPLING, INC. d/b/a Shanghai Dumpling, SHANGHAI CAFÉ DELUXE, INC. d/b/a Shanghai Café; YILI WENG a/k/a Eileen Weng, PING LIN, and XINSHENG GU a/k/a John Gu pursuant Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served so as to be received by the undersigned no later than January 21, 2023.

Dated: Flushing, New York
       December 22, 2022

                                                        TROY LAW, PLLC
                                                        *Attorneys for Plaintiffs*


                                                        */s/ John Troy*
                                                        John Troy