UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Su Ping Yu

*on behalf of herself and others similarly sitauted*
(List the name(s) of the plaintiff(s)/petitioner(s).)

19  Civ. 07601   ( ALC ) ( VF )

- against -

Shanghai Dumpling Inc et al

**AFFIRMATION OF SERVICE**

(List the name(s) of the defendant(s)/respondent(s).)

I, (*print your name*) Natalie Trinidad-Lira, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): Magistrate Judges Report and Recommendation (Dkt. No. 150)

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) via Mail to the following persons (*list the names and addresses of the people you served*):

Shanghai Dumpling Inc; Shanghai Soup Dumpling Inc         Yili Weng

Shanghai Cafe Deluxe Inc; Ping Lin and Xinsheng Gu

100 Mott Street New York, NY 10013                 95-08 68th Avenue
                                                   Forest Hills NY 11375

on (*date you served the document(s)*) October 12, 2023.

10/12/2023
Dated

Signature: *Natalie Trinidad-Lira*

41-25 Kisena Blvd, Suite 110
Address
Flushing, NY
City, State
11355
Zip
718-762-1324
Telephone Number
troylaw@troypllc.com
E-Mail Address

*Rev. 01/2013*