**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SU PING YU, on behalf of herself and all
others similarly situated,

                Plaintiff,                19 **CIVIL** 7601 (ALC)(VF)

     -against-                **JUDGMENT**

SHANGHAI DUMPLING, INC. et al.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 7, 2023, Judge Figueredo's Report & Recommendation is adopted in full as the opinion of the Court; accordingly, the case is closed.

**Dated:** New York, New York

   November 07, 2023

                                       **RUBY J. KRAJICK**

                                        Clerk of Court

              **BY:**

                                        **Deputy Clerk**